(December 14, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SOBEL, Appellant.—Judgment, Supreme Court, New York County, rendered

on June 5, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Fein, Sandler and Sullivan, JJ.